# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ANGELA LLEWELLYN,**

    **Plaintiff,**

**v.**                                         Case No.  8:07-cv-1736-T-30TGW

**TAMPA ELECTRIC COMPANY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's proposed Bill of Costs (Dkt. 43).  The Bill of Costs was timely and properly filed under Rule 54(d)(1) Federal Rules of Civil Procedure and Local Rule 4.18 of the Local Rules of the Middle District of Florida. Plaintiff has failed to file a timely objection to the same.  Upon review and consideration of the proposed Bill of Costs, the Court determines Defendant's request should be granted in full.

It is therefore ORDERED AND ADJUDGED that:

1.	Defendant's Proposed Bill of Costs (Dkt. #43) is **GRANTED**.  Defendant is entitled to recover those costs set forth in the proposed Bill of Costs pursuant to Rule 54 of the Federal Rules of Civil Procedure.

2.	**The Clerk is directed to enter a Bill of Costs against Plaintiff and in favor of Defendant in the amount of $2,422.40 in taxable costs.**

**DONE** and **ORDERED** in Tampa, Florida on November 7, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1736.bill of costs.frm